IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00840-MSK-MEH

DARRELL STOFFELS,

    Plaintiff,

v.

UNITED STAT4ES OF AMERICA;
CRAIG B. SHAFFER, Magistrate Judge, presiding in Case No. 06sw5197-CB in the United
States District Court for the District of Colorado;
KATHLEEN M. TAFOYA, Magistrate Judge, presiding in Case No. 10mj01055-BNB in the
United States District Court for the District of Colorado;
INTERNAL REVENUE SERVICE;
PATRICK C. HEGARTY;
UNITED STATES MARSHAL'S OFFICE;
CASTLE ROCK, COLORADO POLICE DEPARTMENT;
DOUGLAS COUNTY, COLORADO SHERIFF'S OFFICE;
PEGEEN D. RHYNE;
DAVID M. GAOULETTE;
ERIC HOLDER;
MARK EVERSON;
JERALD MASON; and
JULIO,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will

be destroyed.

DATED this 5th day of May, 2010.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge