IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00840-MSK-MEH

DARRELL STOFFELS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
CRAIG B. SHAFFER, Magistrate Judge, presiding in Case No. 06sw5197-CB in the United States District Court for the District of Colorado,
KATHLEEN M. TAFOYA, Magistrate Judge, presiding in Case No. 10mj01055-BNB in the United States District Court for the District of Colorado,
INTERNAL REVENUE SERVICE,
PATRICK C. HEGARTY,
UNITED STATES MARSHAL'S OFFICE,
CASTLE ROCK, COLORADO POLICE DEPARTMENT,
DOUGLAS COUNTY, COLORADO SHERIFF'S OFFICE,
PEGEEN D. RHYNE,
DAVID M. GAOULETTE,
ERIC HOLDER,
MARK EVERSON,
JARALD MASON, and
JULIO,

    Defendants.

---

## ORDER OF RECUSAL

---

**Michael E. Hegarty, United States Magistrate Judge.**

Pursuant to 28 U.S.C. §455(a), a Magistrate Judge shall disqualify himself under the following circumstance:

> Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

Plaintiff initiated a separate but related Section 1983 action on June 16, 2010, naming myself and District Judge Arguello as Defendants. *See* Civil Case No. 10-cv-01397-MSK-MEH. Both that case

and this case were drawn to District Judge Marcia Krieger and myself, most likely for efficiency purposes. Because I am a named Defendant in Plaintiff's other civil proceeding and cannot be both a Defendant and the Magistrate Judge assigned to the same case, I am recusing myself from that case. Consequently, in an effort to serve the ends of efficiency and justice, a new Magistrate Judge should be drawn for both this case and Case No. 10-cv-01397-MSK. Therefore, I hereby recuse myself from service in this matter as well. I direct the Clerk of the Court to cause this matter, as well as Case No. 10-cv-01397-MSK, to be reassigned to another Magistrate Judge.

DATED at Denver, Colorado, this 25th day of June, 2010.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge