IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00840–MSK–KMT

DARRELL STOFFELS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
CRAIG B. SHAFFER, Magistrate Judge, presiding in Case No. 06sw5197-CB in the United States
District Court for the District of Colorado,
KATHLEEN M. TAFOYA, Magistrate Judge, presiding in Case No. 10mj01055-BNB in the United
States District Court for the District of Colorado,
INTERNAL REVENUE SERVICE,
PATRICK C. HEGARTY,
UNITED STATES MARSHAL'S OFFICE,
CASTLE ROCK, COLORADO POLICE DEPARTMENT,
DOUGLAS COUNTY, COLORADO SHERIFF'S OFFICE,
PEGEEN D. RHYNE,
DAVID M. GAOULETTE,
ERIC HOLDER,
MARK EVERSON,
JARALD MASON, and
JULIO,

    Defendants.

# ORDER OF RECUSAL

This matter has been assigned to me upon the recusal of Magistrate Judge Michael E. Hegarty on June 25, 2010. (Doc. No. 124.)

Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." *Hinman v. Rogers*, 831 F.2d. 937, 939 (10th Cir. 1987).

As I am a named defendant in this case, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

Dated this 30th day of June, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge