IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00840-MSK-MJW

DARRELL STOFFELS,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
CRAIG B. SHAFFER, Magistrate Judge, presiding in Case No. 06sw5197-CB in the
United States District Court for the District of Colorado,
KATHLEEN M. TAFOYA, Magistrate Judge, presiding in Case No. 10mj01055-BNB in
the United States District Court for the District of Colorado,
INTERNAL REVENUE SERVICE,
PATRICK C. HEGARTY,
UNITED STATES MARSHAL'S OFFICE,
DOUGLAS COUNTY, COLORADO SHERIFF'S OFFICE,
PEGEEN D. RHYNE,
DAVID M. GAOULETTE,
ERIC HOLDER,
JERALD MASON, and
JULIO FITZGIBBONS,

Defendants.

---

**RECOMMENDATIONS ON**
**PLAINTIFF'S EX PARTE MOTION FOR WRIT OF PROHIBITION**
**(Docket No. 11),**
**PLAINTIFF'S EX PARTE MOTION FOR ORDER VOIDING "NOT GUILTY PLEA"**
**(Docket No. 12), and**
**PLAINTIFF'S MOTION FOR WRIT OF PROHIBITION**
**(Docket No. 13)**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter was referred to the undersigned pursuant to an Order of

Reference to Magistrate Judge issued by Judge Marcia S. Krieger on May 4, 2010

(Docket No. 15), and the letter reassigning the case to the undersigned filed on

June 30, 2010 (Docket No. 128).

The plaintiff, Darrell Stoffels, is a defendant in a criminal action (Criminal Case No. 10-mj-01055-BNB, now Criminal Case No. 10-cr-00197-CMA) brought in this district for failure to file tax returns.  This action was commenced when the plaintiff filed a so-called "Counterclaim" in the criminal action, which was docketed as a new civil case, this action now before the court.  Plaintiff's "Counterclaim" raises claims apparently relating to the search of his residence and the criminal prosecution.  The court takes judicial notice of the docket in Criminal Case Nos. 10-mj-01055-BNB and 10-cr-00197-CMA.  The docket reflects that a jury trial was held last month, and plaintiff here was found guilty on all three counts of an Information charging him with failure to file a tax return.  Sentencing is now set for September 29, 2010, at 9:00 a.m. before Judge Arguello.

Before the court are three ex parte motions for prohibition filed by the pro se plaintiff (Docket Nos. 11, 12, and 13).  In these motions, the plaintiff essentially seeks to (1) enjoin the court from proceeding in the criminal case filed against him in Criminal Case No. 10-mj-01055-BNB, now Criminal Case No. 10-cr-00197-CMA, until the issues concerning jurisdiction are settled in "the Constitutional Court"  (Docket Nos. 11 at 2 and 13 at 2); and (2) voiding the not guilty plea entered by Magistrate Judge Hegarty on plaintiff's behalf in that case on April 15, 2010, until the issues of jurisdiction are settled in said "Constitutional Court" (Docket No. 12 at 1-2).  The court notes that the plaintiff has filed numerous other documents in this case in which he seems to seek the same relief.  See, e.g., Docket Nos. 80, 83, 84, 86, 89, 121, 122).

This court recommends dismissal of these motions because plaintiff did not comply with D.C.COLO.LCivR 5.1(G) and 7.1(A), and moreover he has not established any legal basis for his conclusory claim that the criminal court lacks jurisdiction.  His conclusory arguments appear to be groundless and frivolous.

**WHEREFORE,** for the foregoing reasons, it is hereby

**RECOMMENDED** Plaintiff's ex Parte Motion for Writ of Prohibition (Docket No. 11), Plaintiff's ex Parte Motion for Order Voiding "Not Guilty Plea" (Docket No. 12), and Plaintiff's Motion for Writ of Prohibition (Docket No. 13) be **DENIED**.

**NOTICE:  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections to the above recommendation with the District Judge assigned to the case.  A party may respond to another party's objections within fourteen (14) days after being served with a copy.  The District Judge need not consider frivolous, conclusive, or general objections.  A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge, <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. <u>Makin v. Colorado Dep't of Corrections</u>, 183 F.3d 1205, 1210 (10th Cir. 1999); <u>Talley v. Hesse</u>, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Date:  July 21, 2010                                    s/ Michael J. Watanabe
       Denver, Colorado                             Michael J. Watanabe
                                        United States Magistrate Judge