IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00840-MSK-MJW

DARRELL STOFFELS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
CRAIG B. SHAFFER, Magistrate Judge, presiding in case No. 06sw5197-CBS in the United States District Court for the District of Colorado,
KATHLEEN M. TAFOYA, Magistrate Judge, presiding in case No. 10mj01055-BNB in the United States District Court for the District of Colorado,
INTERNAL REVENUE SERVICE,
PATRICK C. HEGARTY,
UNITED STATES MARSHALS SERVICE,
PEGEEN D. RHYNE,
DAVID M. GAOUETTE,
ERIC HOLDER,
JERALD MASON, and
JULIO FITZGIBBONS,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY
AND TO VACATE OR IN THE ALTERNATIVE
TO RESET THE SCHEDULING CONFERENCE**
( Docket No. 182 )

---

This matter is before the Court on Defendants' Unopposed Motion to Stay Discovery and to Vacate or in the Alternative to Reset the Scheduling Conference. For the reasons set forth in the motion, the Court finds that it should be GRANTED. The Scheduling Conference set for September 9, 2010, at 9:30 a.m. is hereby vacated.

Discovery in this case is stayed until the Court resolves the motions to substitute and any motions to dismiss filed by the Defendant(s) who remain in the case after the motions to substitute are resolved.

DATED this 2nd day of September, 2010

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO